## UNITED STATES COURT OF APPEALS

**Filed 10/16/96**

## TENTH CIRCUIT

Order and Judgment not available electronically.
No. 96-3017, USA v. Carter
Order and Judgment received from Judge Roney on October 15, 1996.

Before MURPHY, RONEY**, and BARRETT